HORNBLOWER & WEEKS, Respondent, *v.* ELEANOR B. SHERWOOD, Appellant; THE SHERIFF OF THE CITY OF NEW YORK et al., Respondents, et al., Defendants.

Submitted November 30, 1953; decided December 3, 1953.

*Sidney G. Kingsley* and *Charles L. Sylvester* for motion.

*Nathaniel L. Goldstein, Attorney-General (Abe Wagman* of counsel), for People of the State of New York, respondent.

Motion for stay granted.